United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| TREESAP FARMS, LLC, | § § | |
| Debtor. | § § | Case No. 25-90017 (ARP) |
| Tax I.D. No. 47-2815183 | § § | |
| In re: | § § | Chapter 11 |
| TSH OPCO, LLC, | § § § | |
| Debtor. | § § | Case No. 25-90018 (ARP) |
| Tax I.D. No. 83-1414697 | § § | |
| In re: | § § | Chapter 11 |
| TSV OPCO, LLC, | § § § | |
| Debtor. | § § | Case No. 25-90019 (ARP) |
| Tax I.D. No. 36-4875418 | § § | |
| In re: | § § | Chapter 11 |
| TSV RECO, LLC, | § § § | |
| Debtor. | § § | Case No. 25-90020 (ARP) |
| Tax I.D. No. 38-4044953 | § | |

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| TREESAP FLORIDA, LLC, | § § § | Case No. 25-90021 (ARP) |
| Debtor. | § § |  |
| Tax I.D. No. 36-4875331 | § § |  |

### ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF
**[Relates to Docket No. 2]**

Upon the emergency motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and no further notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court; and upon the First Day Declarations; and the Court having determined that the legal and factual bases set forth in support of the Motion establish just cause for the relief granted herein; and upon all of

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the case of TreeSap Farms, LLC, *et al.*, Case No. 25-90017 (ARP). All of the jointly administered cases are assigned to Judge Perez.

2. Nothing contained in the Motion or this Order is to be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

3. Additionally, the following checked items are ordered:

    a. √ One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

    b. √ Parties may request joint hearings on matters pending in any of the jointly administered cases.

    c. √ Other: See below.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| TREESAP FARMS, LLC, *et al.,* § | |
| § | Case No. 25-90017 (ARP) |
| Debtors.[1] § | |
| § | (Jointly Administered) |
| § | |
| § | |

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: TreeSap Farms, LLC (5183); TSH Opco, LLC (4697); TSV Opco, LLC (5418); TSV Reco, LLC (4953); and TreeSap Florida, LLC (5331). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is TreeSap Farms, LLC, 5151 Mitchelldale St., Suite B-2, Houston, TX 77092.

5.  The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

6.  All pleadings and notices shall be captioned as indicated in decretal paragraph 4 of this Order, and all original docket entries shall be made in the case of TreeSap Farms, LLC, *et al.*, Case No. 25-90017 (ARP).

7.  A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors, other than TreeSap Farms, LLC, to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Bankruptcy Local Rules for the Southern District of Texas directing joint administration of the chapter 11 cases of: TreeSap Farms, LLC, Case No. 25-90017; TSH Opco, LLC, Case No. 25-90018; TSV Opco, LLC, Case No. 25-90019; TSV Reco, LLC, Case No. 25-90020; and TreeSap Florida, LLC, Case No. 25-90021. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 25-90017 (ARP).**

8.  The Debtors shall maintain, and the Clerk of the Court shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

9.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

10. Notice of the Motion as set forth therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

11. Notwithstanding any Bankruptcy Rule or Bankruptcy Local Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

13. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: February 25, 2025

*Alfredo R Pérez*
Alfredo R Pérez
United States Bankruptcy Judge