IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| TREESAP FARMS, LLC, *et al.*, | § | |
| | § | Case No. 25-90017 (ARP) |
| Debtors.[1] | § | |
| | § | (Jointly Administered) |
| | § | |
| | § | |

**NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that, on February 24, 2025 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"), commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that, on March 3, 2025, the Debtors filed a motion [Docket No. 71] (the "Bidding Procedures Motion") seeking entry of (a) an order (the "Bidding Procedures Order"), (i) (x) authorizing the Debtors to select one or more Stalking Horse Bidders and to enter into and perform under one or more Stalking Horse APA(s) with such Stalking Horse Bidder(s), and (y) authorizing, but not directing, the Debtors to offer, in the exercise of their business judgment and in consultation with the Consultation Parties, the Bidding Protections to such Stalking Horse Bidders, if any, and subject to the Court's entry of a Stalking Horse Order; (ii) authorizing and approving the bidding procedures attached as Exhibit 1 to the Bidding Procedures Order (the "Bidding Procedures")[2] in connection with one or more sales or dispositions (each such sale or disposition, a "Sale Transaction" and, collectively, the "Sale") of all or any portion of the Debtors' assets (the "Assets"); (iii) establishing certain dates and deadlines for the sale process, including scheduling an auction for the Assets (the "Auction"), if applicable, in accordance with the Bidding Procedures, and the hearing with respect to the approval of the Sale (the "Sale Hearing"); (iv) approving the form and manner of notice of the Auction, if any, the Sale and the Sale Hearing; (v) approving procedures for the assumption and assignment of certain executory contracts and unexpired leases in connection with the Sale and approving the form and manner of notice thereof, and (vi) granting related relief; and (b) one or more orders (each, a "Sale

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: TreeSap Farms, LLC (5183); TSH Opco, LLC (4697); TSV Opco, LLC (5418); TSV Reco, LLC (4953); and TreeSap Florida, LLC (5331). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is TreeSap Farms, LLC, 5151 Mitchelldale St., Suite B-2, Houston, TX 77292-5279.

[2] Capitalized terms used, but not otherwise defined herein, have the meaning assigned in the Bidding Procedures Motion, or if not defined therein, the Bidding Procedures.

Order"), as applicable, authorizing and approving: (i) the Sale of the Assets to the Successful Bidder(s), such Successful Bidder(s) following entry of the Sale Order (the "Purchaser"), free and clear of all liens, claims, interests, and encumbrances to the extent set forth in the applicable Stalking Horse APA(s) or asset purchase agreement(s) with the otherwise Successful Bidder(s), as applicable (the "Asset Purchase Agreement"), (ii) the assumption and assignment of the Assigned Contracts as set forth in the Asset Purchase Agreement, and (iii) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that, on March 19, 2025, the Court entered the Bidding Procedures Order [Docket No. 122], approving, among other things, the Bidding Procedures, which establish key dates and times relating to the Sale and the Auction. All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.[3]

**PLEASE TAKE FURTHER NOTICE** that, upon the closing of the Sale, the Debtors intend to assume and assign the Assigned Contracts to the Purchaser. A schedule listing the contracts and leases that may potentially be assumed and assigned as part of the Sale is attached hereto as Exhibit 1 (the "Contracts Schedule") and may also be viewed free of charge on the Debtors' case information website, located at https://www.donlinrecano.com/tsf, or can be requested by calling the Debtors' claims and noticing agent, Donlin, Recano & Company, LLC, at 1 (877) 322-4952 (Domestic) or 1 (212) 771-1128 (International).

**PLEASE TAKE FURTHER NOTICE** that Cure Costs, if any, for the assumption and assignment of such contracts and leases are also set forth on the Contracts Schedule. Each Cure Cost listed on the Contracts Schedule represents all liabilities of any nature of the Debtors arising under a contract or lease prior to the closing of the Sale or other applicable effective date of the assumption and assignment of such contract or lease, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the closing of the Sale or other applicable effective date of the assumption and assignment of such contract or lease.

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A CONTRACT OR LEASE THAT MAY BE ASSUMED AND ASSIGNED AS PART OF THE SALE.** Under the terms of the Assumption and Assignment Procedures, any time after the Cure Notice Deadline and before the date two (2) days prior to the Sale Hearing, the Debtors reserve the right, in consultation with the Successful Bidder(s) once selected, and are authorized, but not directed, to (i) add previously omitted contracts or leases to the Contracts Schedule, (ii) remove contracts or leases from the Cure Schedule, or (iii) modify the previously stated Cure Cost associated with any contract or lease identified on the Contracts Schedule. *The presence of a contract or lease listed on Exhibit 1 attached hereto does not constitute an admission that such contract or lease is an executory contract or unexpired lease or that such contract or lease will ultimately be an Assigned Contract assumed and assigned as part of the Sale. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and leases listed on Exhibit 1 attached hereto.*

---

[3] To the extent of any inconsistencies between the Bidding Procedures and the summary descriptions of the Bidding Procedures in this notice, the terms of the Bidding Procedures shall control in all respects.

2

**Filing Objections**

Pursuant to the Assumption and Assignment Procedures, objections to the proposed assumption and assignment of a contract or lease on any basis (other than objections related solely the identity of the Successful Bidder(s), other than a Stalking Horse Bidder, or to adequate assurance of future performance by Successful Bidder(s), other than a Stalking Horse Bidder), including any objection relating to Cure Costs or adequate assurance of the Stalking Horse Bidder's future ability to perform, must (1)(a) be in writing; (b) state the basis for such objection; and (c) if such objection is to the Cure Cost, state with specificity what Cure Cost the counterparty believes is required (in all cases, with appropriate documentation in support thereof), and (2) be filed with the Court and served no later than 4:00 p.m. (prevailing Central Time) on the date that is fourteen (14) days after the filing and service of the Cure Notice, or Supplemental Cure Notice, as applicable on the following parties (the "Objection Notice Parties"): (a) proposed counsel to the Debtors Hunton Andrews Kurth LLP, 600 Travis Street, Suite 4200, Houston, Texas 77002 (Attn: Timothy A. ("Tad") Davidson II (taddavidson@Hunton.com) and Joseph P. Rovira (josephrovira@Hunton.com)); (b) counsel to the Prepetition Agent and the DIP Lender, Porter Hedges LLP, 1000 Main Street, 36th Floor, Houston, Texas 77002 (Attn: Eric M. English (eenglish@porterhedges.com)); (c) counsel to any statutory committee appointed in the Chapter 11 Cases; (d) the Office of the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), 515 Rusk Street, Suite 3516, Houston, Texas 77002; and (e) solely with respect to Post-Auction Objection Deadline objections, any Successful Bidders.

The Debtors shall file a notice identifying the Successful Bidder(s) and Backup Bidder(s) (if selected) (the "Notice of Successful Bidder") and shall serve the Notice of Successful Bidder on each counterparty to a Potentially Assigned Contract as soon as reasonably practicable following the close of the Auction and, in any event, not later than 5:00 p.m. (prevailing Central Time) on the Post-Auction Objection Deadline (defined below). Each counterparty to a Potentially Assigned Contract will then have an opportunity to object to the identity of the Successful Bidder(s) (other than a Stalking Horse Bidder) or adequate assurance of future performance with respect to such counterparty's contract or lease provided by the Successful Bidder(s), which must (i) be in writing, (ii) comply with the Bankruptcy Code, Bankruptcy Rules and the Local Rules, (iii) state, with specificity, the legal and factual bases thereof, (iv) be filed with the Court by **the date that is two (2) days after the filing of the Notice of Successful Bidder** (the "Post-Auction Objection Deadline"), and (v) be served on the Objection Notice Parties.

The Court will hear and determine any objections to the assumption and assignment of the Assigned Contracts to the Buyer at the Sale Hearing or at a later hearing, as determined by the Debtors. The Sale Hearing to consider the proposed Sale shall be held before the Honorable Judge Alfredo R. Pérez on **May 12, 2025, at 1:00 p.m. (prevailing Central Time)**, or such other date as determined by the Court, at the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Courtroom No. 400, Houston, Texas 77002.

**Consequences of Failing to Timely Assert an Objection**

**UNLESS YOU FILE AN OBJECTION TO THE CURE COST AND/OR THE ASSUMPTION OR ASSIGNMENT OF YOUR CONTRACT OR LEASE IN ACCORDANCE WITH THE INSTRUCTIONS AND DEADLINES SET FORTH HEREIN,**

3

**YOU SHALL BE (A) BARRED FROM OBJECTING TO THE CURE COST SET FORTH ON <u>EXHIBIT 1</u>, (B) ESTOPPED FROM ASSERTING OR CLAIMING ANY CURE COST AGAINST THE DEBTORS, OR THE SUCCESSFUL BIDDER(S) THAT IS GREATER THAN THE CURE COST SET FORTH ON <u>EXHIBIT 1</u> AND (C) DEEMED TO HAVE CONSENTED TO THE ASSUMPTION AND/OR ASSIGNMENT OF YOUR CONTRACT OR LEASE.**

### Obtaining Additional Information

Copies of the Bidding Procedures Motion, the Bidding Procedures, the Bidding Procedures Order, and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://www.donlinrecano.com/tsf, or can be requested by calling the Debtors' claims and noticing agent, Donlin, Recano & Company, LLC, at 1 (877) 322-4952 (Domestic) or 1 (212) 771-1128 (International).

\* \* \* \* \*

Dated: April 4, 2025  
      Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II
(Texas Bar No. 24012503)
Joseph P. Rovira
(Texas Bar No. 24066008)
Catherine A. Rankin
(Texas Bar No. 24109810)
Brandon Bell
(Texas Bar No. 24127019)
600 Travis Street, Suite 4200
Telephone:  (713) 220-4200
Facsimile:  (713) 220-4285
E-mail:   taddavidson@Hunton.com
          josephrovira@Hunton.com
          catherinerankin@Hunton.com
          bbell@Hunton.com

***Proposed Counsel to the Debtors and Debtors in Possession***

## CERTIFICATE OF SERVICE

    I certify that on April 4, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

/s/ *Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson

**Exhibit 1**

| # | Counterparty | Debtor | Name of Agreement | Cure Amount |
|---|---|---|---|---|
| 1. | Adjacent Solutions LLC | TreeSap Farms, LLC | Ordering Document for Oracle Licenses | $23,908.8 |
| 2. | Altman Specialty Plants, LLC | TreeSap Farms, LLC dba Everde Growers | Merchandising Agreement | -- |
| 3. | Anthony Tesselaar USA, Inc. | TreeSap Farms, LLC | License Agreement | -- |
| 4. | Anthony Tesselaar USA, Inc. | TreeSap Farms, LLC | License Agreement | $75,105.5 |
| 5. | Ashish Arvind Hansoti | TreeSap Farms, LLC | Non Propagation Statement for Grower Ashish Arvind Hansoti | -- |
| 6. | AT&T Corp. | TreeSap Farms, LLC | AT&T Corporate Digitical Advantage Agreement | $28,560.7 |
| 7. | AT&T Corp. | TreeSap Farms, LLC | AT&T Dedicated Internet Pricing Schedule | $87,342.6 |
| 8. | Auburn University | TreeSap Farms, LLC | Non-Exclusive License Agreement | -- |
| 9. | Ava Salman, LLC | TreeSap Farms, LLC | License Agreement | -- |
| 10. | Avtech Capital, LLC | TreeSap Farms, LLC | Amended and Restated Lease Schedule No. TRSF_001, pursuant to that certain Master Lease Agreement No. 2059311 | -- |
| 11. | Avtech Capital, LLC | TreeSap Farms, LLC | Master Lease Agreement - No. 2059311 | -- |
| 12. | Avtech Capital, LLC | TreeSap Farms, LLC | Amended and Restated Lease Schedule No. TRSF_002, pursuant to that certain Master Lease Agreement No. 2059311 | -- |
| 13. | Bailey Nurseries, Inc. | TreeSap Farms, LLC dba Everde Growers | 2023 Endless Summer License Agreement For the Propagation and Sale of Plant Varieties Utilizing the Endless Summer trademark in North America<br><br>2023 First Editions License Agreement for the Propagation and Sale of Certain Plant Varieties Utilizing the First Editions trademark in North America | $36,403.5 |
| 14. | Barbara J. Oki, Trustee under Inter Vivos Trust Agreement dated June 13, 1991 and Losa Klein OKI, also known as Lisa Vergel De Dios | TSV Opco, LLC | Bradshaw Addendum To Lease jp highlights 111318 | $28,722.4 |
| 15. | Barbara J. Oki, Trustee under Inter Vivos Trust Agreement dated June 13, 1991 and Losa Klein OKI, also known as Lisa Vergel De Dios | TSV Opco, LLC | Addendum to Lease Agreement | -- |
| 16. | Barbara J. Oki, Trustee under Inter Vivos Trust Agreement dated June 13, 1991 and Losa Klein OKI, also known as Lisa Vergel De Dios | TSV Opco, LLC | Amendment to Addendum to Lease | -- |
| 17. | Barbara J. Oki, Trustee under Inter Vivos Trust Agreement dated June 13, 1991 and Losa Klein OKI, also known as Lisa Vergel De Dios | TSV Opco, LLC | Amendment No. 2 to Addendum to Lease | -- |
| 18. | Barbara J. Oki, Trustee under Inter Vivos Trust Agreement dated June 13, 1991 and Losa Klein OKI, also known as Lisa Vergel De Dios | TSV Opco, LLC | Amendment No. 3 to Addendum to Lease | -- |
| 19. | Barbara J. Oki, Trustee under Inter Vivos Trust Agreement dated June 13, 1991 and Losa Klein OKI, also known as Lisa Vergel De Dios | TSV Opco, LLC | Amendment No. 4 to Addendum to Lease | -- |
| 20. | Barbara J. Oki, Trustee under Inter Vivos Trust Agreement dated June 13, 1991 and Losa Klein OKI, also known as Lisa Vergel De Dios | TSV Opco, LLC | Lease Agreement | -- |
| 21. | Beijing Sunrise Greentech Co., Ltd. | TreeSap Farms, LLC dba Everde Growers | Waiver of Mechanic's Lien | -- |
| 22. | Bill.com | TreeSap Farms, LLC dba Everde Growers | Order Form | -- |
| 23. | Blackmore Company | TreeSap Farms, LLC dba Everde Growers | Loan Agreement | -- |
| 24. | Blackmore Company | TreeSap Farms, LLC | Loan Agreement | -- |
| 25. | Blooming Farm, Inc. [1] | TSH Opco, LLC | Lease (36790 SW Nursery Rd. Cornelius) | $5,753.8 |
| 26. | Blooming Farm, Inc. [1] | TSH Opco, LLC | Lease (36790 SW Nursery Rd. Cornelius) | -- |
| 27. | Boxwood Solutions, LLC | TreeSap Farms, LLC | License Agreement | -- |
| 28. | Capital Farm Credit, FLCA and Capital Farm Credit PCA, as Mortgagees, in favor of Farm Credit Leasing Services Corporation | TreeSap Farms, LLC | Mortgagee Consent and Partial Release | -- |
| 29. | CardConnect LLC | TreeSap Farms, LLC | Merchant Processing Application and Agreement | -- |
| 30. | CardConnect LLC | TreeSap Farms, LLC | Merchant Processing Application and Agreement | -- |
| 31. | Catalina Capital Group, LLC | TreeSap Farms, LLC | Qualified Retirement Plan Agreement | -- |
| 32. | Charlotte M. Andre, Trustee of the Andre 1991 Separate Property Trust Under Declaration Dated October 28, 1991 | TSH Opco, LLC | Lease | -- |

| # | Counterparty | Debtor | Name of Agreement | Cure Amount |
|---|---|---|---|---|
| 33. | Charlotte M. Andre, Trustee of The Andre 1991 Separate Property Trust Under Declaration dated October 28, 1991 | TreeSap Farms, LLC | Lease Agreement | $3,637.4 |
| 34. | Charlotte M. Andre, Trustee of The Andre 1991 Separate Property Trust Under Declaration dated October 28, 1991 | TreeSap Farms, LLC | Exhibit C to Lease Agreement (10.1.14.2.5.2.4) | -- |
| 35. | Charlotte M. Andre, Trustee of The Andre 1991 Separate Property Trust Under Declaration dated October 28, 1991 | TreeSap Farms, LLC | Commercial Lease Agreement | -- |
| 36. | Citibank, N.A., Capital Farm Credit, FLCA and Capital Farm Credit, PCA | TreeSap Farms, LLC | Lien Release and Acknowledgment Agreement | -- |
| 37. | Civano Ornamentals, LLC | TreeSap Farms, LLC dba Everde Growers | Self-Propagation Agreement | -- |
| 38. | Civano Ornamentals, LLC | TreeSap Farms, LLC dba Everde Growers | Self-Propagation Agreement | -- |
| 39. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Agapanthus Twister | -- |
| 40. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Aloe Safari Orange | -- |
| 41. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Aloe Safari Rose | -- |
| 42. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Camellia Fall Fantasy | -- |
| 43. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Carex Evercream | -- |
| 44. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Carex Everdi | -- |
| 45. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Carex Everglow | -- |
| 46. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Carex Everillo | -- |
| 47. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Carex Everlime | -- |
| 48. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Carex Everlite | -- |
| 49. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Carex Everoro | -- |
| 50. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Carex Eversheen | -- |
| 51. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Carex Everst | -- |
| 52. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Ceanothus Cool Blue | -- |
| 53. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Ceanothus Lemon Ice | -- |
| 54. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Chlorophytum Starlight | -- |
| 55. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Concept Plants Black Adder | -- |
| 56. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Cordyline Charlie Boy | -- |
| 57. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Cordyline Superstar (1) | -- |
| 58. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Diervilla Honeybee | -- |
| 59. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Echinacea Tweety | -- |
| 60. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Ficus fignominla and Rosa Bam | -- |
| 61. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Hydrangea Macrophylla Peppermint | -- |
| 62. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Gaulteria Peppermint Pearl | -- |
| 63. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Sweet Summer Hydrangea | -- |
| 64. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Cordyline Albatros | -- |
| 65. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Philadelophus Pearls of Perfume | -- |
| 66. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | Licensing Solely for Testing Purposes re: Philadelphus perfume | -- |
| 67. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Pieris Passion Frost | -- |
| 68. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Pieris Passion Party Pink | -- |
| 69. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Pieris Passion | -- |
| 70. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Pieris Pink Frost | -- |
| 71. | Concept Plant BV | TreeSap Farms, LLC dba Everde Growers | License Agreement re: Senecio Angel Wings | -- |
| 72. | Costco | TreeSap Farms, LLC dba Everde Growers | Costco Vendor Purchase Program Agreement | -- |

| # | Counterparty | Debtor | Name of Agreement | Cure Amount |
|---|---|---|---|---|
| 73. | Costco | TreeSap Farms, LLC dba Everde Growers | Costco Vendor Purchase Program Agreement | -- |
| 74. | Costco Wholesale | TreeSap Farms, LLC dba Everde Growers | Basic Supplier Agreement (re: Costco Wholesale Supplier Buying Agreement 2022) | -- |
| 75. | County of San Diego | TreeSap Farms, LLC dba Everde Growers | Real Property Contract | -- |
| 76. | County of San Diego | TreeSap Farms, LLC dba Everde Growers | Easement for County Highway | -- |
| 77. | County of San Diego | TreeSap Farms, LLC dba Everde Growers | Easement for County Highway | -- |
| 78. | County of San Diego | TreeSap Farms, LLC dba Everde Growers | Real Property Contract | -- |
| 79. | CSI Travel | TreeSap Farms, LLC dba Everde Growers | Master Services Agreement | -- |
| 80. | CSI Travel | TreeSap Farms, LLC dba Everde Growers | Master Services Agreement - Electronic Payments Program | -- |
| 81. | David Rubin, as Trustee; Farm Credit Leasing Services Corporation, as Beneficiary | TreeSap Farms, LLC dba Everde Growers | Real Estate Deed of Trust | $36,951.1 |
| 82. | Del Norte Harvesting, LLC | TreeSap Farms, LLC dba Everde Growers | Nursery Labor Agreement | -- |
| 83. | Del Norte Harvesting, LLC | TreeSap Farms, LLC dba Everde Growers | Nursery Labor Agreement | -- |
| 84. | Dick H. Yamane and Judy A. Yamane, Trustees of the Yamane 1994 Living Trust dated 03-15-94 | TreeSap Farms, LLC dba Everde Growers | Lease Agreement | -- |
| 85. | Dick H. Yamane and Judy A. Yamane, Trustees of the Yamane 1994 Living Trust dated 03-15-94 | TreeSap Farms, LLC dba Everde Growers | First Amendment to Lease dated October 1, 2018 | -- |
| 86. | DIG Plant Co. | TreeSap Farms, LLC dba Everde Growers | License Agreement for the Propagation, Production, and Sale of Proprietary Ornamental Plant Cultivars | -- |
| 87. | DivvyPay, LLC | TreeSap Farms, LLC dba Everde Growers | Letter of Agreement | -- |
| 88. | DivvyPay, LLC | TreeSap Farms, LLC dba Everde Growers | Letter of Agreement | -- |
| 89. | DivvyPay, LLC | TreeSap Farms, LLC dba Everde Growers | Letter of Agreement | -- |
| 90. | DivvyPay, LLC | TreeSap Farms, LLC dba Everde Growers | First Amendment to the DivvyPay, LLC Rewards Program Agreement | -- |
| 91. | DSB Orange, LLC | TreeSap Farms, LLC dba Everde Growers | Standard Multi-Tenant Office Lease - Gross | $3,758.6 |
| 92. | Edenred | TreeSap Farms, LLC dba Everde Growers | Master Services Agreement | -- |
| 93. | Edenred | TreeSap Farms, LLC dba Everde Growers | CSI Check Outsourcing Agreement | -- |
| 94. | Express Lien, Inc. dba Levelset | TreeSap Farms, LLC dba Everde Growers | Levelset Software License Agreement | -- |
| 95. | EZ Shipper Racks, Inc. | TreeSap Farms, LLC dba Everde Growers | Master Rental Agreement | -- |
| 96. | Fallbrook Nursery LLC and Charlotte Andre, trustee of the Andre 1991 Separate Property Trust | TreeSap Farms, LLC dba Everde Growers | Lease Renewal Memo | $34,550.6 |
| 97. | Fallbrook Nursery, LLC [1] | TreeSap Farms, LLC dba Everde Growers | First Amendment to Lease | -- |
| 98. | Farm Credit Leasing Services Corporation | TreeSap Farms, LLC dba Everde Growers | Farm Credit Leasing Services Corporation | $19,900.3 |
| 99. | Farm Credit Leasing Services Corporation | TreeSap Farms, LLC dba Everde Growers | Facility Lease Agreement | $56,326.0 |
| 100. | Farm Credit Leasing Services Corporation | TreeSap Farms, LLC dba Everde Growers | Lease Agreement | $37,330.2 |
| 101. | Farm Credit Leasing Services Corporation | TreeSap Farms, LLC dba Everde Growers | Schedule A to Lease Agreement | -- |
| 102. | Farm Credit Leasing Services Corporation | TreeSap Farms, LLC dba Everde Growers | Schedule A to Lease Agreement (001-012-0572-000) | $129,854.4 |
| 103. | Farm Credit Leasing Services Corporation | TreeSap Farms, LLC dba Everde Growers | Interim Funding Agreement | -- |
| 104. | Farm Credit Leasing Services Corporation | TreeSap Farms, LLC dba Everde Growers | Schedule A to Lease Agreement | $10,315.4 |
| 105. | Farm Credit Leasing Services Corporation | TreeSap Farms, LLC dba Everde Growers | Schedule A | $16,896.1 |
| 106. | Farm Credit Leasing Services Corporation | TreeSap Farms, LLC dba Everde Growers | Easement and Conveyance Agreement | -- |
| 107. | Farm Credit Leasing Services Corporation | TreeSap Farms, LLC dba Everde Growers | Interim Funding Agreement | -- |
| 108. | Farm Credit Leasing Services Corporation | TreeSap Farms, LLC dba Everde Growers | Option to Lease | -- |
| 109. | Farm Credit Leasing Services Corporation | TreeSap Farms, LLC dba Everde Growers | Facility Lease Agreement | -- |
| 110. | Farm Credit Leasing Services Corporation | TreeSap Farms, LLC dba Everde Growers | Easement and Conveyance Agreement | -- |
| 111. | Farm Credit Leasing Services Corporation, as Beneficiary | TreeSap Farms, LLC dba Everde Growers | Deed of Trust | -- |
| 112. | Farm Credit Leasing Services Corporation, as Lessor | TreeSap Farms, LLC dba Everde Growers | Guaranty | -- |
| 113. | Farm Credit Leasing Services Corporation, as the Secured Party | TreeSap Farms, LLC dba Everde Growers | Security Agreement | -- |
| 114. | Farm Credit Leasing Services Corporation, as the Secured Party | TreeSap Farms, LLC dba Everde Growers | Security Agreement | -- |
| 115. | Fidelity Management & Research Company | TreeSap Farms, LLC dba Everde Growers | Amendment to Fidelity Basic Plan Document No. 17 | -- |
| 116. | Fidelity Management & Research LLC | TreeSap Farms, LLC dba Everde Growers | Pre-Approved Defined Contribution Plan - Fidelity Basic Plan Document No. 17 | -- |
| 117. | Fidelity Management Trust Company | TreeSap Farms, LLC dba Everde Growers | Fidelity Investments Retirement Plan Service Agreement | -- |
| 118. | Fidelity Management Trust Company | TreeSap Farms, LLC dba Everde Growers | Fidelity Investments Retirement Plan Service Agreement | -- |

| # | Counterparty | Debtor | Name of Agreement | Cure Amount |
|---|---|---|---|---|
| 119. | Fidelity Management Trust Company | TreeSap Farms, LLC dba Everde Growers | Volume Submitter Defined Contribution Plan - Adoption Agreement No.001 | -- |
| 120. | Fidelity Management Trust Company | TreeSap Farms, LLC dba Everde Growers | Trust Agreement for TreeSap Farms, LLC 401(k) Plan | -- |
| 121. | Fidelity Management Trust Company | TreeSap Farms, LLC dba Everde Growers | Village Nurseries 401(k) Retirement Savings Plan | -- |
| 122. | Fidelity Personal and Workplace Advisors LLC | TreeSap Farms, LLC dba Everde Growers | Investment Management Agreement | -- |
| 123. | Fidelity Workplace Services | TreeSap Farms, LLC dba Everde Growers | Execution Page to Permissible Investment Options Appendix - Part I and Part II | -- |
| 124. | Fidelity Workplace Services | TreeSap Farms, LLC dba Everde Growers | Execution Page to Permissible Investment Options Appendix - Part I and Part II | -- |
| 125. | Fidelity Workplace Services | TreeSap Farms, LLC dba Everde Growers | Execution Page to Pricing Appendix, Permissible Investment Options Appendix - Part I and Part II | -- |
| 126. | Fidelity Workplace Services LLC | TreeSap Farms, LLC dba Everde Growers | Amendment to the Service Agreement Regarding TreeSap Farms, LLC 401(k) Plan | -- |
| 127. | Fidelity Workplace Services LLC | TreeSap Farms, LLC dba Everde Growers | Adoption Agreement No. 001 | -- |
| 128. | Forest Grove Nursery LLC [1] | TreeSap Farms, LLC dba Everde Growers | Lease (34665 SW Rd. Cornelius) | $9,085.5 |
| 129. | Forest Grove Nursery LLC [1] | TreeSap Farms, LLC dba Everde Growers | Lease (34665 SW Rd. Cornelius) | -- |
| 130. | Fram Credit Leasing Services Corporation, as Lessor | TreeSap Farms, LLC dba Everde Growers | Guaranty Agreement | -- |
| 131. | Genesis Plant Marketing Ltd | TreeSap Farms, LLC dba Everde Growers | Licence and Marketing Agreement | -- |
| 132. | Greenhouse Erectors of Texas | TreeSap Farms, LLC dba Everde Growers | Waiver of Mechanic's Lien | -- |
| 133. | GreenLeaf Nursery Co. | TreeSap Farms, LLC dba Everde Growers | Greenleaf Nursery Company Garden Debut License Agreement<br><br>Gardent Debut Non-Network Grower License Agreement | $1,889.8 |
| 134. | GreenLeaf Nursery Co. | TreeSap Farms, LLC dba Everde Growers | Greenleaf Nursery Company License Agreement | -- |
| 135. | GreenLeaf Nursery Co. | TreeSap Farms, LLC dba Everde Growers | Garden Debut License Agreement | -- |
| 136. | Greenleaf Nursery Company | TreeSap Farms, LLC dba Everde Growers | Greenleaf Nursery Company License Agreement | -- |
| 137. | Hines Growers, Inc. | TreeSap Farms, LLC dba Everde Growers | Assignment and Assumption Agreement | -- |
| 138. | Hochberg Export Onramental Plants Ltd | TreeSap Farms, LLC dba Everde Growers | Variety Production/Sales Agreement | -- |
| 139. | Hochberg Export Onramental Plants Ltd | TreeSap Farms, LLC dba Everde Growers | Variety Production/Sales Agreement | -- |
| 140. | Industrial Fleet Management | TreeSap Farms, LLC dba Everde Growers | Retainer Agreement | -- |
| 141. | Industrial Fleet Management, Inc. | TreeSap Farms, LLC dba Everde Growers | Consulting Agreement | $11,100.0 |
| 142. | Industrial Fleet Management, Inc. | TreeSap Farms, LLC dba Everde Growers | Extension Agreement | -- |
| 143. | Jill Demos | TreeSap Farms, LLC dba Everde Growers | Lease Agreement | -- |
| 144. | Jules and Associates | TreeSap Farms, LLC dba Everde Growers | Master Equipment Lease Agreement No. 20073862 | $92,198.7 |
| 145. | Jules and Associates | TreeSap Farms, LLC dba Everde Growers | Addendum A to Master Equipment Lease Agreement | -- |
| 146. | Jules and Associates | TreeSap Farms, LLC dba Everde Growers | Exhibit "A" to the Jules and Associates, Inc. Master Equipment Lease Agreement No: 20073862 Schedule No. 1 | -- |
| 147. | Jules and Associates | TreeSap Farms, LLC dba Everde Growers | Letter Agreement | -- |
| 148. | Keith G. Johanson | TreeSap Farms, LLC dba Everde Growers | Licensing Agreement | -- |
| 149. | Kiwi Flora Limited | TreeSap Farms, LLC dba Everde Growers | Plant Variety Rights - Production License Agreement | $2,508.8 |
| 150. | Kiwi Flora Limited | TreeSap Farms, LLC dba Everde Growers | Plant Variety Rights - Production License Agreement | -- |
| 151. | Lacebark Inc. | TreeSap Farms, LLC dba Everde Growers | License Agreement | -- |
| 152. | LandCare USA, LLC | TreeSap Farms, LLC dba Everde Growers | Sublease | -- |
| 153. | Lira Labor, LLC | TreeSap Farms, LLC dba Everde Growers | Nursery Labor Agreement | -- |
| 154. | Lowe's Companies, Inc | TreeSap Farms, LLC dba Everde Growers | Domestic Business Terms | -- |
| 155. | Lowe's Companies, Inc | TreeSap Farms, LLC dba Everde Growers | Buying Agreement | -- |
| 156. | Lowe's Companies, Inc. | TreeSap Farms, LLC dba Everde Growers | Merchandising Allowance Form | -- |
| 157. | Lowe's Companies, Inc. | TreeSap Farms, LLC dba Everde Growers | Merchandising Allowance Form | -- |
| 158. | M3 Nurseries, Inc. | TreeSap Farms, LLC dba Everde Growers | Purchase Agreement | -- |
| 159. | Monrovia Nursery Company | TreeSap Farms, LLC dba Everde Growers | License Agreement | $56,391.4 |
| 160. | Monrovia Nursery Company | TreeSap Farms, LLC dba Everde Growers | License Agreement | -- |
| 161. | New Hines Holding Company II, LLC | TreeSap Farms, LLC dba Everde Growers | Real Property Contract | -- |
| 162. | Nivo1 LLC | TreeSap Farms, LLC dba Everde Growers | Software As A Service License Agreement | -- |
| 163. | Onset Financial, Inc. | TreeSap Farms, LLC dba Everde Growers | Lease Schedule No. 08A to Master Lease Agreement No. OFI1145340 | -- |
| 164. | Onset Financial, Inc. | TreeSap Farms, LLC dba Everde Growers | Lease Schedule No. 08B to Master Lease Agreement No. OFI1145340 | -- |
| 165. | Onset Financial, Inc. | TreeSap Farms, LLC dba Everde Growers | Lease Schedule No. 08C to Master Lease Agreemnet No. OF1145340 | -- |
| 166. | Onset Financial, Inc. | TreeSap Farms, LLC dba Everde Growers | Master Lease Agreement No. OFI1145340 | -- |

| # | Counterparty | Debtor | Name of Agreement | Cure Amount |
|---|---|---|---|---|
| 167. | Orange County Sanitation District | TreeSap Farms, LLC dba Everde Growers | Amendment to Lease effective December 1, 1996 | -- |
| 168. | Orange County Sanitation District | TreeSap Farms, LLC dba Everde Growers | Amendment No. 2 to Lease effective December 1, 1996 | -- |
| 169. | Orange County Sanitation District | TreeSap Farms, LLC dba Everde Growers | Amendment No. 3 to Lease effective December 1, 1996 | -- |
| 170. | Orange County Sanitation District | TreeSap Farms, LLC dba Everde Growers | Amendment No. 4 to Lease effective December 1, 1996 | -- |
| 171. | Orange County Sanitation District No. 1 | TreeSap Farms, LLC dba Everde Growers | Real Property Lease | $2,573.9 |
| 172. | Pacific Office Automation | TreeSap Farms, LLC dba Everde Growers | Statement of Work Document | $35,998.4 |
| 173. | Paycom Payroll, LLC | TreeSap Farms, LLC dba Everde Growers | Payroll and Human Capital Management Services Agreement | -- |
| 174. | Paycom Payroll, LLC | TreeSap Farms, LLC dba Everde Growers | Addendum - Two Year Commitment to Use Paycom's Services | -- |
| 175. | Paycom Payroll, LLC | TreeSap Farms, LLC dba Everde Growers | Payroll and Human Capital Management Services Agreement | -- |
| 176. | Paycom Payroll, LLC | TreeSap Farms, LLC dba Everde Growers | Month to Month Equipment Lease (#LS-19622) | -- |
| 177. | Paycom Payroll, LLC | TreeSap Farms, LLC dba Everde Growers | Month to Month Equipment Lease (#LS-10597) | -- |
| 178. | Paycom Payroll, LLC | TreeSap Farms, LLC dba Everde Growers | Month to Month Equipment Lease (#LS-10802) | -- |
| 179. | PCRIF Mitchelldale, LLC; DRT Barker, LLC; DPJT Partners, LLC | TreeSap Farms, LLC dba Everde Growers | Commerical Lease | -- |
| 180. | Penske Truck Leasing Co. L.P. | TreeSap Farms, LLC dba Everde Growers | Vehicle Lease Service Agreement (24-01) | $393,531.7 |
| 181. | Penske Truck Leasing Co. L.P. | TreeSap Farms, LLC dba Everde Growers | Vehicle Lease Service Agreement Schedule A (23-01) | -- |
| 182. | Penske Truck Leasing Co. L.P. | TreeSap Farms, LLC dba Everde Growers | Vehicle Lease Service Agreement Schedule A (22-09 -- 22-012) | -- |
| 183. | Penske Truck Leasing Co. L.P. | TreeSap Farms, LLC dba Everde Growers | Vehicle Lease Service Agreement Schedule A (22-18; 22-20) | -- |
| 184. | Penske Truck Leasing Co. L.P. | TreeSap Farms, LLC dba Everde Growers | Vehicle Lease Service Agreement Schedule A (22-24) | -- |
| 185. | Penske Truck Leasing Co. L.P. | TreeSap Farms, LLC dba Everde Growers | Vehicle Lease Service Agreement Schedule A (21-14) | -- |
| 186. | Penske Truck Leasing Co. L.P. | TreeSap Farms, LLC dba Everde Growers | Vehicle Lease Service Agreement Schedule A (21-01 -- 21-03) | -- |
| 187. | Penske Truck Leasing Co. L.P. | TreeSap Farms, LLC dba Everde Growers | Vehicle Lease Service Agreement Schedule A (21-12 -- 21-13) | -- |
| 188. | Penske Truck Leasing Co. L.P. | TreeSap Farms, LLC dba Everde Growers | Vehicle Lease Service Agreement Schedule A (18-01, 18-39 -- 18-41) | -- |
| 189. | Penske Truck Leasing Co. L.P. | TreeSap Farms, LLC dba Everde Growers | Vehicle Lease Service Agreement (Master Contract) | -- |
| 190. | Pitney Bowes Inc. | TreeSap Farms, LLC dba Everde Growers | Lease Agreement | $152.4 |
| 191. | Plant Development Services, Inc. | TreeSap Farms, LLC dba Everde Growers | Encore Azalea Non-Excusive License Agreement | $80,846.2 |
| 192. | Plant Development Services, Inc. | TreeSap Farms, LLC dba Everde Growers | Encore Azalea Non-Exclusive License Agreement | -- |
| 193. | Plant Development Services, Inc. | TreeSap Farms, LLC dba Everde Growers | License Agreement | -- |
| 194. | Plant Development Services, Inc. | TreeSap Farms, LLC dba Everde Growers | License Agreement | -- |
| 195. | Plant Development Services, Inc. | TreeSap Farms, LLC dba Everde Growers | Southern Living Plant Collection Non-Exclusive License Agreement | -- |
| 196. | Plant Development Services, Inc. | TreeSap Farms, LLC dba Everde Growers | Southern Living Plant Collection License Agreement | -- |
| 197. | Plant Development Services, Inc. | TreeSap Farms, LLC dba Everde Growers | Southern Living Plant Collection Non-Exclusive License Agreement | -- |
| 198. | Plant Development Services, Inc. | TreeSap Farms, LLC dba Everde Growers | Sunset Plant Collection License Agreement | -- |
| 199. | Plant Development Services, Inc. | TreeSap Farms, LLC dba Everde Growers | Sunset Plant Collection Sunset Westerngarden Collection Non-Exclusive License Agreement | -- |
| 200. | Plant Select | TreeSap Farms, LLC dba Everde Growers | Membership Application and License Agreement to PROPAGATE and SELL Plant Select® Licensed Plants | $7,325.4 |
| 201. | Plant Select | TreeSap Farms, LLC dba Everde Growers | Membership Application and License Agreement to PROPAGATE and SELL Plant Select® Licensed Plants | -- |
| 202. | PlantHaven International, Inc. | TreeSap Farms, LLC dba Everde Growers | Master License Agreement | $3,413.3 |
| 203. | PlantHaven International, Inc. | TreeSap Farms, LLC dba Everde Growers | Master Lease Agreement | -- |
| 204. | PlantHaven International, Inc. | TreeSap Farms, LLC dba Everde Growers | Appendix A to License Agreement | -- |
| 205. | PlantHaven International, Inc. | TreeSap Farms, LLC dba Everde Growers | Appendix A to License Agreement | -- |
| 206. | PlantHaven International, Inc. | TreeSap Farms, LLC dba Everde Growers | Appendix A to License Agreement | -- |
| 207. | PlantHaven International, Inc. | TreeSap Farms, LLC dba Everde Growers | Appendix A to License Agreement | -- |
| 208. | PlantHaven International, Inc. | TreeSap Farms, LLC dba Everde Growers | Appendix A to License Agreement | -- |
| 209. | PlantHaven International, Inc. | TreeSap Farms, LLC dba Everde Growers | Appendix A to License Agreement | -- |
| 210. | Plants Nouveau, LLC | TreeSap Farms LLC | Plant License Agreement | $1,165.8 |
| 211. | Poulsen Roser A/A | TreeSap Farms, LLC dba Everde Growers | Non Propagation Agreement | -- |
| 212. | Regents Capital Corporation | TreeSap Farms, LLC dba Everde Growers | Equipment Finance Agreement | -- |
| 213. | Regents Capital Corporation | TreeSap Farms, LLC dba Everde Growers | Exhibit A - Collateral (related to Equipment Finance Agreement) | -- |
| 214. | Regents Capital Corporation | TreeSap Farms, LLC dba Everde Growers | Change Addendum | -- |
| 215. | Richard W. Wilson and Terry Wilson, Trustees of the Richard and Terry Wilson Trust dated May 7, 2003 | TreeSap Farms, LLC dba Everde Growers | Standard Industrial /Commercial Single Tenant Lease - Net | -- |
| 216. | RingCentral, Inc. | TreeSap Farms, LLC dba Everde Growers | Ring Central Initial Order Form | $33,335.6 |

| # | Counterparty | Debtor | Name of Agreement | Cure Amount |
|---|---|---|---|---|
| 217. | Roadrunner Modern Waste + Recycling | TreeSap Farms, LLC dba Everde Growers | Materials Management Services Agreement | $100,262.7 |
| 218. | Robben Cattle Company, LLC | TreeSap Farms, LLC dba Everde Growers | Livestock Grazing Lease | -- |
| 219. | Robbins Irrigation/Irrigation-Mart | TreeSap Farms, LLC dba Everde Growers | Waiver of Mechanic's Lien | -- |
| 220. | Royalty Administration International CV | TreeSap Farms, LLC dba Everde Growers | TreeSap Farms dba Everde Growers Endosed JBN Exhibit 12-20-2021 | -- |
| 221. | Royalty Administration International  Capstone Plants, Inc. | TreeSap Farms, LLC dba Everde Growers | License Agreement Self-Propagation for Hollywood Hibiscus for Finished products and use of trademarks | -- |
| 222. | Royalty Administration Iternational as agent for Aris Horticulture, Inc. | TreeSap Farms, LLC dba Everde Growers | License Agreement Self-Propagation For Tropical Hibiscus for Finished Products and Use of Trademarks | $2,381.3 |
| 223. | Royalty Administration International as agent for DIG Plant Co. | TreeSap Farms, LLC dba Everde Growers | License Agreement for Finishing Only of Ornamental Grasses and Grass-like Plants | -- |
| 224. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck Lease & Service Agreement Schedule A (2791272) | $75,795.2 |
| 225. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck Lease & Service Agreement Schedule A (2904478) | -- |
| 226. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck Lease & Service Agreement Schedule A (2904470) | -- |
| 227. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck & Lease Service Agreement Schedule A (2663267) | -- |
| 228. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck & Lease Service Agreement Schedule A (2708504) | -- |
| 229. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck & Lease Service Agreement Schedule A (390607) | -- |
| 230. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck & Lease Service Agreement Schedule A (2663267) | -- |
| 231. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck & Lease Service Agreement Schedule A (2663270) | -- |
| 232. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck & Lease Service Agreement Schedule A (2073881) | -- |
| 233. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck & Lease Service Agreement Schedule A (2479426) | -- |
| 234. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck & Lease Service Agreement Schedule A (2479426) | -- |
| 235. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck & Lease Service Agreement Schedule A (292506) | -- |
| 236. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck & Lease Service Agreement Schedule A (292499) | -- |
| 237. | Ryder Truck Rental, Inc, dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck & Lease Service Agreement Schedule A (298351) | -- |
| 238. | Ryder Truck Rental, Inc. | TreeSap Farms, LLC dba Everde Growers | Amendment to Schedule A (2708504) | -- |
| 239. | Ryder Truck Rental, Inc. | TreeSap Farms, LLC dba Everde Growers | Amendment to Truck Lease and Service Agreement | -- |
| 240. | Ryder Truck Rental, Inc. | TreeSap Farms, LLC dba Everde Growers | Amendment to Schedule A (2663267) | -- |
| 241. | Ryder Truck Rental, Inc., dba Ryder Transportation Services | TreeSap Farms, LLC dba Everde Growers | Truck Lease and Service Agreement | -- |
| 242. | Salem Leasing Corporation | TreeSap Farms, LLC dba Everde Growers | Vehicle Lease and Service Agreement - Schedule A No. 4 | $13,484.4 |
| 243. | Salem Leasing Corporation | TreeSap Farms, LLC dba Everde Growers | Vehicle Lease and Service Agreement - Schedule A No. 3 | -- |
| 244. | Salem Leasing Corporation | TreeSap Farms, LLC dba Everde Growers | Vehicle Lease and Service Agreement | -- |
| 245. | Sharp Business Systems | TreeSap Farms, LLC dba Everde Growers | Value Lease Agreement | -- |
| 246. | Shoppa's Farm Supply, Inc. | TreeSap Farms, LLC dba Everde Growers | Waiver of Mechanic's Lien | -- |
| 247. | Smith Gardens, Inc. | TreeSap Farms, LLC dba Everde Growers | Merchandising Services Agreement | -- |
| 248. | Southern California Edison Company | TreeSap Farms, LLC dba Everde Growers | License Agreement No. 9.7059 | -- |
| 249. | Splash Business Intelligence, Inc. | TreeSap Farms, LLC dba Everde Growers | Customer Order Form | -- |
| 250. | Spring Meadow Nursery, Inc. | TreeSap Farms, LLC dba Everde Growers | Finished Plant License Agreement | $28,881.0 |
| 251. | Spring Meadow Nursery, Inc. | TreeSap Farms, LLC dba Everde Growers | Mass Merchant / Propagation License Agreement | -- |
| 252. | Spring Meadow Nursery, Inc. | TreeSap Farms, LLC dba Everde Growers | TreeSap Farms License Agreement | -- |
| 253. | State of Florida Department of Transportation | TreeSap Farms, LLC dba Everde Growers | Quitclaim Deed | -- |
| 254. | STF-CT JV LLC | TreeSap Farms, LLC dba Everde Growers | Plant Patent License Agreement | -- |
| 255. | Terra Nova Nurseries | TreeSap Farms, LLC dba Everde Growers | North America Licensing Agreement | -- |
| 256. | Terra Nova Nurseries | TreeSap Farms, LLC dba Everde Growers | Non -Propagation Agreement | -- |
| 257. | Terra Nova Nurseries | TreeSap Farms, LLC dba Everde Growers | Terra Nova Propagation Agreement 5.19.2021 | -- |
| 258. | The Board of Trustees of the University of Arkansas, acting for and on behalf of the Arkansas Agricultural Expirement Station | TreeSap Farms, LLC dba Everde Growers | Amendment #1 to the License Agreement | $1,283.9 |
| 259. | The Board of Trustees of the University of Arkansas, acting for and on behalf of the Arkansas Agricultural Expirement Station | TreeSap Farms, LLC dba Everde Growers | Amendment #1 to the License Agreement | -- |
| 260. | The Conrad-Pyle Company | TreeSap Farms, LLC dba Everde Growers | Plant Patent/Plant Breeders Rights and Trademark, Non-Propagation License Agreement Bushel and Berry Container Grower Only | -- |

| # | Counterparty | Debtor | Name of Agreement | Cure Amount |
|---|---|---|---|---|
| 261. | The Conrad-Pyle Company | TreeSap Farms, LLC dba Everde Growers | Plant Patent/Plant Breeders Rights and Trademark, Non-Propagation License Agreement Drift Groundcover Roses - Container Grower Only | -- |
| 262. | The Conrad-Pyle Company | TreeSap Farms, LLC dba Everde Growers | Plant Patent/Plant Breeders Rights and Trademark, Non-Propagation License Agreement Knockout Family of Roses - Container Grower Only | -- |
| 263. | The Conrad-Pyle Company | TreeSap Farms, LLC dba Everde Growers | Plant Patent/Plant Breeders Rights and Trademark, Non-Propagation License Agreement Landscape Shrub Roses | -- |
| 264. | The Conrad-Pyle Company | TreeSap Farms, LLC dba Everde Growers | Plant Patent/Plant Breeders Rights and Trademark, Woody License Agreement | -- |
| 265. | The Conrad-Pyle Company | TreeSap Farms, LLC dba Everde Growers | Addendum to Plant Patent/Plant Breeders Rights and Trademark, Woody License Agreement | -- |
| 266. | The Conrad-Pyle Company dba Star Roses and Plants | TreeSap Farms, LLC dba Everde Growers | Trademark License Agreement Non-Propagator | $95,469.8 |
| 267. | The Conrad-Pyle Company dba Star Roses and Plants | TreeSap Farms, LLC dba Everde Growers | ADDENDUM TO THE PLANT PATENT & TRADEMARK LICENSE AGREEMENT, Non – Propagation Drift® Groundcover Roses Container Grower Only LICENSE AGREEMENT dated October 19, 2018 | -- |
| 268. | The Conrad-Pyle Company, dba Star Roses | TreeSap Farms, LLC dba Everde Growers | Addendum to the Trademark License Agreement Non-Propagator | -- |
| 269. | The Conrad-Pyle Company, dba Star Roses | TreeSap Farms, LLC dba Everde Growers | Addendum to Plant Patent/Plant Breeders Rights and Trademark, Woody License Agreement | -- |
| 270. | The Conrad-Pyle Company, dba Star Roses | TreeSap Farms, LLC dba Everde Growers | Addendum to the Trademark License Agreement Non-Propagator | -- |
| 271. | The Home Depot | TreeSap Farms, LLC dba Everde Growers | USA Rebate Agreement | -- |
| 272. | The Home Depot | TreeSap Farms, LLC dba Everde Growers | Supplier Buying Agreement (SBA Control ID: 19823) | -- |
| 273. | The Home Depot | TreeSap Farms, LLC dba Everde Growers | Supplier Buying Agreement (SBA Control ID: 49342) | -- |
| 274. | The Home Depot | TreeSap Farms, LLC dba Everde Growers | Supplier Buying Agreement (SBA Control ID: 49342) | -- |
| 275. | The Home Depot | TreeSap Farms, LLC dba Everde Growers | Supplier Buying Agreement (SBA Control ID: 19820) | -- |
| 276. | The Home Depot | TreeSap Farms, LLC dba Everde Growers | Supplier Buying Agreement (SBA Control ID: 44791) | -- |
| 277. | The Home Depot | TreeSap Farms, LLC dba Everde Growers | Supplier Buying Agreement (SBA Control ID: 19842) | -- |
| 278. | The Home Depot | TreeSap Farms, LLC dba Everde Growers | Supplier Buying Agreement (SBA Control ID: 19839) | -- |
| 279. | The Home Depot | TreeSap Farms, LLC dba Everde Growers | Supplier Buying Agreement (SBA Control ID: 42390) | -- |
| 280. | The Regents of the University of California | TreeSap Farms, LLC dba Everde Growers | Non-Exclusive License Agreement | -- |
| 281. | The Regents of the University of California | TreeSap Farms, LLC dba Everde Growers | Non-Exclusive License Agreement | -- |
| 282. | The Regents of the University of California | TreeSap Farms, LLC dba Everde Growers | Non-Exclusive License Agreement | -- |
| 283. | The Texas A&M University System | TreeSap Farms, LLC dba Everde Growers | License Agreement | $1,275.0 |
| 284. | Tractor Supply Co. of Texas, LP | TreeSap Farms, LLC dba Everde Growers | Tractor Supply Co. Live Goods Vendor Agreement | -- |
| 285. | Transcontinental Gas Pipe Line Company, LLC | TreeSap Farms, LLC dba Everde Growers | Temporary Workspace and Access Agreement | -- |
| 286. | Tree Introductions, Inc. | TreeSap Farms, LLC dba Everde Growers | License Agreement | -- |
| 287. | Tree Introductions, Inc. | TreeSap Farms, LLC dba Everde Growers | License Agreement | -- |
| 288. | Tree Introductions, Inc. | TreeSap Farms, LLC dba Everde Growers | Patent and Trademark License Agreement | -- |
| 289. | TreeTown USA | TreeSap Farms, LLC dba Everde Growers | Category Management Agreement | -- |
| 290. | TreeTown USA | TreeSap Farms, LLC dba Everde Growers | Category Management Agreement | -- |
| 291. | TreeTown USA | TreeSap Farms, LLC dba Everde Growers | Category Management Agreement | -- |
| 292. | TreeTown USA | TreeSap Farms, LLC dba Everde Growers | Category Management Agreement | -- |
| 293. | TreeTown USA | TreeSap Farms, LLC dba Everde Growers | Category Management Agreement | -- |
| 294. | Trugreen Landcare, L.L.C. | TreeSap Farms, LLC dba Everde Growers | Assignment, Bill of Sale and Assumption of Liabilities Agreement | -- |
| 295. | TS Realty of Florida, LLC | TreeSap Farms, LLC dba Everde Growers | Lease Agreement | -- |
| 296. | TSV Opco LLC | TreeSap Farms, LLC dba Everde Growers | Assignment & Assumption | -- |
| 297. | U.S. Department of Agriculture - Commodity Credit Corporation | TreeSap Farms, LLC dba Everde Growers | Agircultural Risk Coverage - County Option and Price Loss Coverage Election and Contract | -- |
| 298. | United States of America, acting by and through the Department of the Navy | TreeSap Farms, LLC dba Everde Growers | Department of the Navy Lease for Agricultural Purposes | $27,573.0 |
| 299. | United States of America, acting by and through the Department of the Navy | TreeSap Farms, LLC dba Everde Growers | Department of the Navy Lease for Agricultural Purposes | -- |
| 300. | University of Arkansas, Agricultural Experiment Station | TreeSap Farms, LLC dba Everde Growers | License Agreement | -- |
| 301. | University of Arkansas, Agricultural Experiment Station | TreeSap Farms, LLC dba Everde Growers | License Agreement | -- |

| # | Counterparty | Debtor | Name of Agreement | Cure Amount |
|---|---|---|---|---|
| 302. | University of Georgia Research Foundation, Inc. | TreeSap Farms, LLC dba Everde Growers | Exclusive License Agreement | -- |
| 303. | V&P Nurseries, Inc. | TreeSap Farms, LLC dba Everde Growers | Letter of Agreement - Third Party Sales and Merchandising Services | -- |
| 304. | Velocity Truck Rental & Leasing | Village Nurseries Wholesale, LLC | Maintenance Agreement | $3,493.3 |
| 305. | Verizon Wireless | Tree Town USA | Agreement | $10,075.0 |
| 306. | Village Nurseries Wholesale, LLC | TreeSap Farms, LLC | Assignment of Truck and Lease Service Agreement | -- |
| 307. | Wendel Electric | TreeSap Farms, LLC dba Everde Growers | Waiver of Mechanic's Lien | -- |
| 308. | William C. Barr | TreeSap Farms, LLC | Agreement | -- |
| 309. | William Scotsman, Inc. | Tree Town USA | Lease Agreement Acknowledgement and Invoice | -- |
| 310. | Williams Scotsman, Inc., as Lessor | TSH Opco, LLC | Lease Agreement | $82,386.0 |
| 311. | Winters Forest Grove LLC [1] | TSH Opco, LLC | Lease (45296 SW Ritchey Rd. Forest Grove) | $16,019.4 |
| 312. | Winters Forest Grove LLC [1] | TSH Opco, LLC | Lease (8100 Timm Rd.) | $999,121.5 |
| 313. | Winters Nursery LLC [1] | TSH Opco, LLC | Lease (8633 Winters Rd.) | $53,388.6 |
| 314. | XTRA Lease LLC | TreeSap Farms, LLC | Equipment Lease Agreement | $8,730.0 |
| 315. | XTRA Lease LLC | TreeSap Farms, LLC | Schedule A-1 to Equipment Lease Agreement | -- |
| 316. | XTRA Lease LLC | TreeSap Farms, LLC | Schedule A-2 to Equipment Lease Agreement | -- |
| 317. | XTRA Lease LLC | TreeSap Farms, LLC | Amendment to Equipment Lease Agreement No. 082L429, Schedule No. A-2 | -- |
| 318. | XTRA Lease LLC | TreeSap Farms, LLC | Schedule A-3 to Equipment Lease Agreement | -- |
| 319. | Zbranek Gravel, LLC | TreeSap Farms, LLC dba Everde Growers | Waiver of Mechanic's Lien | -- |

**Footnote**

(1) The $999,121.51 listed in Row 307. for the Lease (8633 Winters Rd.) by and between Winters Nursery LLC and TSH Opco, LLC is attributable to certain past-due property taxes, but all or portions of that amount may be properly allocated to the other leases with this footnote.