IN THE U.S. Bankruptcy Court
Southern District of Texas

In re:

Treesap Farms LLC et al.

Chapter 11

Case Number: 25-90017

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

Norcal Perlite Corp.
Name of Transferor

Court Claim # (if known): N/A
Amount of Claim: N/A
Date Claim Filed: N/A
Schedule Amount: $ $66,946.80

Phone: (510) 232-7337
Last four digits of Acct.# N/A

Name and Current Address of Transferor:

Norcal Perlite Corp.
2605 Goodrick Ave
Richmond, CA, 94801-1107 United States

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross
Transferee/Transferee's Agent

Date: May, 19 2025

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: 7A8A35EC-1D0F-48F7-B3EF-98EAEFAE9D7A

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of Texas
Attention: Clerk

AND TO: Treesap Farms LLC.
Case No. 25-90017 (the "Debtor")
(Jointly Administered under Treesap Farms LLC. Case No.25-90017)

Claim # N/A

**Norcal Perlite Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$66,946.80** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __May__ DAY OF __13th__, 2025.

ASSIGNOR: Norcal Perlite Inc,
_____
(Signature)
Justin Clarke
(Print Name)
VP
(Title)

ASSIGNEE: TRC MASTER FUND LLC
_____
(Signature)
Terrel Ross
(Print Name)
Managing Member
(Title)

| NONPRIORITY CREDITOR'S NAME NAME1 | NAME2 | NAME3 | NONPRIORITY CREDITOR'S MAILING ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | DATE DEBT WAS INCURRED | Contingent, Unliquidated, Disputed | BASIS FOR CLAIM | CLAIM SUBJECT TO OFFSET YES / NO | AMOUNT OF CLAIM $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MACK PACKAGING | | | 1239 LINDA VISTA DR | | SAN MARCOS | CA | 92078 | | 5/6/2024 - 5/22/2024 | | Trade Debts | No | $1,558.38 |
| MACORE CO INC | | | 2215 CLAXTER RD NE | | SALEM | OR | 97301 | | 4/16/2024 - 10/26/2024 | | Trade Debts | No | $11,424.47 |
| MAGNOLIA GARDENS NURSERY | | | 1980 BOWLER RD | | WALLER | TX | 77484 | | 3/25/2024 - 1/13/2025 | | Trade Debts | No | $110,888.27 |
| MAINGATE BUSINESS CENTER | GIRARD COMMUNITY MANAGEMENT | | 1835 W ORANGEWOOD AVE 303 | | ORANGE | CA | 92868 | | 4/1/2024 | | Trade Debts | No | $413.04 |
| MARBIL NURSERY | | | PO BOX 390 | | WADDELL | AZ | 85355 | | 7/14/2023 - 9/27/2024 | | Trade Debts | No | $60,000.00 |
| | | | | | Tualatin | OR | 97062 | | | Contingent, Unliquidated & Disputed | Pending Litigation | No | Undetermined |
| MARINE LUMBER CO | | | 11800 SW Myslony St | | | | | | | | | | |
| MARINE LUMBER CO CORP | | | 11800 SW MYSLONY RD | | TUALATIN | OR | 97062 | | 8/30/2024 - 11/11/2024 | | Trade Debts | No | $32,069.80 |
| MARTIN ELECTRIC CO, INC | | | 1504 W JACKSON ST | | EL CAMPO | TX | 77437 | | 6/18/2024 - 7/10/2024 | | Trade Debts | No | $23,097.80 |
| MARTINEZ, MARGARITA | | | Address Intentionally Omitted | | | | | | 9/5/2024 - 2/20/2025 | | Trade Debts | No | $4,200.00 |
| MASTER TAG | | | 9751 US HWY 31 | | MONTAGUE | MI | 49437 | | 9/25/2024 | | Trade Debts | No | $2,697.63 |
| MATTHEW BERGBAUER, ONE 5 STUDIOS | MATTHEW BERGBAUER | | 1119 ROCHESTER CT | | WESTMINSTER | MD | 21157 | | 7/23/2024 | | Trade Debts | No | $12,308.38 |
| MCCORMACK, CHANDRIKA R | | | Address Intentionally Omitted | | | | | | 1/1/2025 | | Trade Debts | No | $11,250.00 |
| MCCROMETER INC | | | 3255 WEST STETSON AVE | | HEMET | CA | 92545 | | 2/15/2024 | | Trade Debts | No | $1,807.44 |
| MCHUTCHISON, INC | | | PO BOX 92170 | | ELK GROVE VILLAGE | IL | 60009 | | 5/31/2024 | | Trade Debts | No | $17.33 |
| MEGACORP LOGISTICS, LLC | | | 7040 WRIGHTSVILLE AVE | | WILMINGTON | NC | 28403 | | 3/26/2024 - 5/20/2024 | | Trade Debts | No | $6,350.00 |
| MELTON AND MELTON LLP | | | 6002 ROGERDALE STE 200 | | HOUSTON | TX | 77072 | | 2/23/2025 | | Trade Debts | No | $3,300.00 |
| MENLO GROWERS | | | PO BOX 1234 | | GILROY | CA | 95021 | | 4/1/2024 - 5/16/2024 | | Trade Debts | No | $2,076.11 |
| MERIDIAN YOUNG PLANTS | | | 8647 GUIDE MERIDIAN | | LYNDEN | WA | 98264 | | 1/29/2024 | | Trade Debts | No | $2,607.00 |
| METAL MASTERS INC | | | 164/159 LAJPAT NAGER | UTTAR PRADESH | MORADABAD | | 244001 | INDIA | 7/15/2024 | | Trade Debts | No | $28,101.96 |
| METRO SAFETY AND FIRE, INC | | | PO BOX 33650 | | PORTLAND | OR | 97292 | | 9/19/2024 - 11/26/2024 | | Trade Debts | No | $1,982.26 |
| MI JALISCO WHOLESALE NURSERY | | | 5760 ASHWORTH ST | | LAKEWOOD | CA | 90713 | | 4/26/2024 - 8/26/2024 | | Trade Debts | No | $72,075.00 |
| MICKMAN BROTHERS, INC | | | 14630 HWY 65 NE | | HAM LAKE | MN | 55304 | | 9/6/2024 - 2/3/2025 | | Trade Debts | No | $50,096.94 |
| MISSION LANDSCAPE COMPANIES | | | 16672 Millikan Avenue | | Irvine | CA | 92606 | | 2/16/2024 | | Trade Debts | No | $52.25 |
| MISTLETOE CARTER WHOLESALE SEEDS | | | 760 GLEN ANNIE RD | | GOLETA | CA | 93117 | | 6/13/2024 - 10/9/2024 | | Trade Debts | No | $1,597.50 |
| MOBILE MODULAR | | | 5700 LAS POSITAS RD | | LIVERMORE | CA | 94551 | | 10/25/2024 - 2/22/2025 | | Trade Debts | No | $3,557.31 |
| Monrovia | | | 829 MONROVIA PL | | AZUSA | CA | 91702 | | | | Royalty | No | $42,294.08 |
| MONROVIA NURSERY CO | | | 829 MONROVIA PL | | AZUSA | CA | 91702 | | 3/23/2024 - 2/11/2025 | | Trade Debts | No | $116,343.39 |
| MONTES TRANSPORTATION LLC | | | 201 SHIMEK ST | | EL CAMPO | TX | 77437 | | 10/9/2024 | | Trade Debts | No | $900.00 |
| MORGAN TIRE OF SACRAMENTO, INC | | | 1500 AUBURN BLVD | | SACRAMENTO | CA | 95815 | | 1/17/2023 - 11/6/2024 | | Trade Debts | No | $19,179.62 |
| MOTION AND FLOW CONTROL PRODUCTS, INC | MFCP INC | | 8433 SOLUTION CTR | | CHICAGO | IL | 60677-8004 | | 7/11/2024 | | Trade Debts | No | $380.98 |
| MOTION INDUSTRIES, INC | | | 2041 SAYBROOK AVE | | LOS ANGELES | CA | 90040 | | 4/3/2024 - 11/18/2024 | | Trade Debts | No | $5,685.64 |
| MULTI PACKAGING SOLUTIONS | | | 75 REMITTANCE DR | STE 3111 | CHICAGO | IL | 60675-3111 | | 2/15/2024 - 2/24/2025 | | Trade Debts | No | $159,584.57 |
| MUNOZ, ALBERTO | | | Address Intentionally Omitted | | | | | | 3/23/2024 - 4/13/2024 | | Trade Debts | No | $3,000.00 |
| MUSIC MOUNTAIN WATER | | | PO BOX 2252 | | BIRMINGHAM | AL | 35246-0051 | | 6/30/2024 - 2/24/2025 | | Trade Debts | No | $86.23 |
| MUSTANG CAT | | | PO BOX 4346 | DEPARTMENT 144 | HOUSTON | TX | 77210-4346 | | 5/10/2024 - 2/11/2025 | | Trade Debts | No | $10,665.24 |
| NAPA AUTO AND TRUCK PARTS | | | 825 E WASHINGTON BLVD | | LOS ANGELES | CA | 90021-3018 | | 3/12/2024 - 6/27/2024 | | Trade Debts | No | $21,342.77 |
| NAPA AUTO PARTS | | | 1323 W FLORIDA AVE | | HEMET | CA | 92543-3911 | | 5/14/2024 - 9/9/2024 | | Trade Debts | No | $8,513.21 |
| NATIONAL TIRE WHOLESALE | | | 4300 TBC WAY | | PALM BEACH GARDENS | FL | 33410 | | 8/21/2024 - 1/31/2025 | | Trade Debts | No | $3,065.05 |
| NATIVE WEST NURSERY, INC | | | 1755 SATURN BLVD | | SAN DIEGO | CA | 92154 | | 3/22/2024 | | Trade Debts | No | $1,147.50 |
| NAVAL FACILITIES ENGINEERING COMMAND | SOUTHWEST TREASURER OF THE UNITED STATES | LESLIE GEARY | 1220 PACIFIC HIGHWAY | BUILDING 127 | SAN DIEGO | CA | 92132 | | 1/7/2025 | | Trade Debts | No | $27,573.03 |
| NELSON PLANT FOOD, LLC | | | PO BOX 638 | | BELLVILLE | TX | 77418 | | 9/25/2024 - 12/10/2024 | | Trade Debts | No | $75,816.00 |
| NEON GREEN INC | | | 943 SW SQUIRE JOHNS LN | | PALM CITY | FL | 34990 | | 7/26/2024 - 11/27/2024 | | Trade Debts | No | $9,875.00 |
| NEVADA DEPT OF TAXATION | STATE OF NEVADA SALES/USE | | PO BOX 52609 | | PHOENIX | AZ | 85072-2609 | | 11/30/2024 | | Trade Debts | No | $1,744.21 |
| NEW LIFE NURSERY | | | 21031 OLD ELSINORE RD | | PERRIS | CA | 92570 | | 4/17/2024 - 4/24/2024 | | Trade Debts | No | $4,120.00 |
| NIGHT HAWK MONITORING INC | | | 3869 NW 124TH AVE | | CORAL SPRINGS | FL | 33065 | | 2/20/2024 - 8/20/2024 | | Trade Debts | No | $12,422.70 |
| NOR-CAL EQUIPMENT RENTALS | | | 9400 JACKSON RD | | SACRAMENTO | CA | 95826 | | 12/5/2024 | | Trade Debts | No | $970.38 |
| NORCAL PERLITE INC | | | 2605 GOODRICK AVE | | RICHMOND | CA | 94801 | | 5/29/2024 - 8/23/2024 | | Trade Debts | No | $66,946.80 |
| NORMANS NURSERY, INC | | | 8665 DUARTE RD | | SAN GABRIEL | CA | 91775 | | 5/30/2024 - 1/22/2025 | | Trade Debts | No | $25,650.15 |
| NORTH 40 OUTFITTERS | | | 5109 Alaska Trail | | Great Falls | MT | 59405 | | 2/18/2025 | | Trade Debts | No | $405.90 |
| NORTH AMERICAN PLANTS, LLC | | | PO BOX 743 | | LAFAYETTE | OR | 97127 | | 6/10/2024 - 6/14/2024 | | Trade Debts | No | $39,901.45 |
| NORTH COUNTY SUPPLY | DAVE HARTMAN | | 28987 MOUNTAIN MEADOW RD | | ESCONDIDO | CA | 92026 | | 5/18/2022 - 2/24/2025 | | Trade Debts | No | $338,847.00 |
| NORTH TEXAS TOLLWAY AUTHORITY | | | P O BOX 660244 | | DALLAS | TX | 75266-0244 | | 11/11/2023 - 2/24/2025 | | Trade Debts | No | $2,272.30 |
| NORTH VALLEY TRANSPORT INC | GABBY NIESMAN | | PO BOX 38273 | | SACRAMENTO | CA | 95838 | | 3/27/2024 - 9/25/2024 | | Trade Debts | No | $159,160.28 |
| NORTHERN SAFETY CO, INC | | | PO BOX 4250 | | UTICA | NY | 13504-4250 | | 5/16/2024 - 12/9/2024 | | Trade Debts | No | $5,063.42 |
| NORTHWEST NURSERY BUYERS ASSOCIATION | | | 22200 E LOLO PASS RD | | RHODODENDRON | OR | 97049 | | 9/3/2024 | | Trade Debts | No | $1,818.00 |
| NURSERY SUPPLIES, INC | | | PO BOX 532062 | | ATLANTA | GA | 30353-2062 | | 4/25/2024 - 8/26/2024 | | Trade Debts | No | $430,538.33 |
| NUTRIEN AG SOLUTIONS, INC | | | 10200 SYSTEMS PKWY | | SACRAMENTO | CA | 95827 | | 3/31/2024 - 12/31/2024 | | Trade Debts | No | $967,091.42 |
| NW NATURAL | | | 220 NW 2ND AVE | | PORTLAND | OR | 97209 | | 2/3/2025 - 2/24/2025 | | Trade Debts | No | $41,641.75 |
| OBC NORTHWEST, INC | | | PO BOX 759 | | CANBY | OR | 97013 | | 6/14/2024 - 9/24/2024 | | Trade Debts | No | $13,448.76 |
| OBRA VERDE GROWERS | | | 10916 MYSTERY MOUNTAIN RD | | VALLEY CENTER | CA | 92082 | | 3/4/2025 | | Trade Debts | No | $4,260.80 |