IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| TREESAP FARMS, LLC, *et al.*, | § | |
| | § | |
| Debtors.[1] | § | Case No. 25-90017 (ARP) |
| | § | |
| | § | (Jointly Administered) |
| | § | |

**NOTICE OF FILING OF LIQUIDATION ANALYSIS WITH RESPECT TO
DISCLOSURE STATEMENT FOR DEBTORS' JOINT PLAN OF LIQUIDATION**

**PLEASE TAKE NOTICE** that, on May 9, 2025, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Disclosure Statement for Joint Plan of Liquidation of TreeSap Farms, LLC and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 273] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the liquidation analysis attached hereto as **Exhibit A** (the "Liquidation Analysis"), which will be attached as Exhibit B to the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in the Chapter 11 Cases, including the Disclosure Statement and Liquidation Analysis, and other relevant case information are available free of charge on the following website maintained by the Debtors' claims, balloting, and noticing agent, Donlin, Recano & Company, LLC, in connection with the chapter 11 cases: https://www.donlinrecano.com/tsf. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of this page left intentionally blank.*]

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: TreeSap Farms, LLC (5183); TSH Opco, LLC (4697); TSV Opco, LLC (5418); TSV Reco, LLC (4953); and TreeSap Florida, LLC (5331). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is TreeSap Farms, LLC, 5151 Mitchelldale St., Suite B-2, Houston, TX 77292-5279.

Dated: May 23, 2025           Respectfully submitted,
      Houston, Texas

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II
(Texas Bar No. 24012503)
Joseph P. Rovira
(Texas Bar No. 24066008)
Catherine A. Rankin
(Texas Bar No. 24109810)
Brandon Bell
(Texas Bar No. 24127019)
600 Travis Street, Suite 4200
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
E-mail: taddavidson@Hunton.com
josephrovira@Hunton.com
catherinerankin@Hunton.com
bbell@Hunton.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on May 23, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II

2

# Exhibit A

**(Liquidation Analysis)**

DMS 351163201

**TreeSap Farms, LLC**
Liquidation Analysis
May 23, 2025

|  | ($ in 000s) | Footnote | Est. Claim / Amount | Chapter 11: As of 7/31/25 | | Chapter 7: As of 7/31/25 | |
|---|---|---|---|---|---|---|---|
| Lookup | | | | % Recovery | $ Proceeds | % Recovery | $ Proceeds |
|  | Gross Sale Proceeds | [A] | | | $ 82,409 | | $ 82,409 |
|  | (-) Purchase Price Adjustments | [B] | | | 3,000 | | 3,000 |
|  | Net Sale Proceeds | | | | 85,409 | | 85,409 |
|  | (-) DIP Paydown | [C] | | | (43,574) | | (43,574) |
|  | Adjusted Net Proceeds | | | | 41,835 | | 41,835 |
|  | (+) Estate Cash Surplus (Deficit) | [D] | | | 8,179 | | 8,179 |
|  | Gross Cash Available for Distribution | | | | 50,014 | | 50,014 |
|  | _Administrative Expenses_ | | | | | | |
|  | Unpaid Ch. 11 Fees | [E] | 9,856 | | 9,856 | | 9,856 |
| Admin | Other Administrative Claims | [F] | - | | - | | - |
|  | Ch. 11 Wind Down Fees | [G] | 2,399 | | 2,399 | | N/A |
|  | Ch. 7 Wind Down Fees | [H] | 3,599 | | N/A | | 3,599 |
|  | Ch. 7 Trustee Fees | [I] | 1,120 | | N/A | | 1,120 |
|  | Total Administrative Expenses | | | | 12,255 | | 14,575 |
|  | **Net Cash Available for Distribution** | | | | **37,759** | | **35,439** |
|  | _Estimated Claims & Recoveries_ | | | | | | |
| Class 1 | Class 1 - Other Priority Claims | [J] | - | N/A | - | N/A | - |
| Class 2 | Class 2 - Other Secured Claims | [K] | - | N/A | - | N/A | - |
| Class 3 | Class 3 - Prepetition Lenders Secured Claims | [L] | 161,000 | 23.45% | 37,759 | 22.01% | 35,439 |
| Class 4 | Class 4 - General Unsecured Claims | [M] | 16,434 | 0.61% | 100 | 0% | - |
| Class 5 | Class 5 - Intercompany Claims | | - | N/A | - | N/A | - |
| Class 6 | Class 6 - Intercompany Interests | | - | N/A | - | N/A | - |
| Class 7 | Class 7 - Equity Interests | | - | N/A | - | N/A | - |
|  | **Total Estimated Claims & Recoveries** | | **177,434** | **21.34%** | **37,859** | **19.97%** | **35,439** |

**Note:** For each scenario, amount as shown is as of the anticipated Ch.11 effective date (7/31/25) and as of the hypothetical Ch. 7 conversion date (7/31/25), respectively. Close of sale date is 5/23/25 where referenced.

**Additional Footnotes:**

[A] - Cash purchase price of $88MM less estimated closing items and prorations

[B] - Cash Excess / Shortfall Adjustment based on estimated cash balance at close of sale

[C] - Estimated DIP repayment, inclusive of principal and interest

[D] - Esimated ending book balance of cash account at close of sale plus estimated ending balance of professional fees assurance account at close of sale

[E] - Estimated case related professional fees accrued-not-paid through close date plus estimated June professional fees, net of outstanding retainer balances

[F] - All Admin Claims are assumed to be satisifed pursuant to First Day Order(s) and/or Sale Order

[G] - Chapter 11 wind down fee budget consists of estimated fees for wind down period including a) general & administrative expenses and b) estimated professional costs to close the estate and meet regulatory obligations for the duration of the wind down period. Includes $100K General Unsecured Creditors (GUC) recovery pool.

[H] - A Ch. 7 wind down scenario assumes additional costs associated with items such as additional time required by a Ch. 7 trustee and its professionals to analyze claims, research and pursue incremental recoveries.

[I] - Estimated compensation to Trustee under sections 326 and 330(e) of the Bankruptcy Code.

[J] - All Priority Claims are assumed to be satisifed pursuant to First Day Order(s) and/or Sale Order

[K] - All Other Secured Claims are assumed to be satisifed pursuant to First Day Order(s) and/or Sale Order

[L] - Prepetition Lenders Secured Claims reflects remaining actionable claims relevant to class

[M] - General Unsecured Claims reflects remaining actionable claims relevant to class after others are satisfied pursuant to First Day Order(s) and/or Sale Order. Relfects General Unsecured Creditors (GUC) recovery pool of $100K.